| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 Bannock Street, Rm 256, Denver, CO, 80202 | DATE FILED: July 13, 2017 1:17 PM<br>CASE NUMBER: 2017CV32056 |
| **Plaintiff(s)** PENN-BOROUGH CONDO ASSOC INC<br>v.<br>**Defendant(s)** WESTCHESTER FIRE INS CO et al. | △ **COURT USE ONLY** △ |
| | Case Number: 2017CV32056<br>Division: 215 Courtroom: |

**Order Re Unopposed Motion to Dismiss All Claims Against Madsen, Kneppers and Associates, Inc., Michelsen Technologies, LLC, Thomas Gentry and Theodore Michelsen with Prejudice and for Leave to File a Second Amended Complaint to Add an Eighth Claim of Relief to Set Aside the Appraisal Award**

The motion/proposed order attached hereto: SO ORDERED.

Issue Date: 7/13/2017

J ERIC ELLIFF
District Court Judge

EXHIBIT D

| | |
|---|---|
| **DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO**<br>1437 Bannock St.<br>Denver, CO 80202 | |
| **THE PENN-BOROUGH CONDOMINIUM ASSOCIATION, INC.**, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>**WESTCHESTER FIRE INSURANCE COMPANY**, a foreign corporation, **MADSEN, KNEPPERS & ASSOCIATES, INC.**, a Colorado corporation, **MICHELSEN TECHNOLOGIES, LLC**, a Colorado corporation, **THOMAS GENTRY** and **THEODORE MICHELSEN,**<br><br>Defendants. | ^COURT USE ONLY^ |
| | Case No.:<br>Division: |

**PROPOSED ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO DISMISS ALL CLAIMS AGAINST MADSEN, KNEPPERS & ASSOCIATES, INC., MICHELSEN TECHNOLOGIES, LLC, THOMAS GENTRY AND THEODORE MICHELSEN WITH PREJUDICE AND FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT WITH AN EIGHTH CLAIM FOR RELIEF TO SET ASIDE THE APPRAISAL AWARD**

Attachment to Order - 2017CV32056

THE COURT, after having considered Plaintiff's Unopposed Motion to Dismiss All Claims Against Madsen, Kneppers & Associates, Inc., Michelsen Technologies, LLC, Thomas Gentry and Theodore Michelsen with Prejudice and for Leave to File a Second Amended Complaint to Add an Eighth Claim of Relief to Set Aside the Appraisal Award, hereby **GRANTS** said Motion.

DATED this _____ day of _________________, 2017.

BY THE COURT:

______________________________
District Court Judge



EXHIBIT D

Attachment to Order - 2017CV32056



EXHIBIT D